**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Jennifer E. Duggan, SBN 183833
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorney for Defendants
3130 BRADSHAW ROAD, LLC, A California Limited Liability Company and RACE PLACE MOTORSPORTS, INC., Individually and dba RACE PLACE MOTORSPORTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>3130 BRADSHAW ROAD, LLC, A California Limited Liability Company and RACE PLACE MOTORSPORTS, INC., Individually and dba RACE PLACE MOTORSPORTS,<br><br>    Defendants.<br>_____/ | CASE NO. 2:07-cv-0264-MCE-DAD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS 3130 BRADSHAW ROAD, LLC AND RACE PLACE MOTORSPORTS, INC. TO RESPOND TO COMPLAINT** |

SCOTT N. JOHNSON, pro per and Defendants 3130 BRADSHAW ROAD, LLC, A California Limited Liability Company and RACE PLACE MOTORSPORTS, INC., Individually and dba RACE PLACE MOTORSPORTS through their undersigned counsel and individually, stipulate and respectfully request, as follows:

///

///

///

///

1.	Defendants 3130 BRADSHAW ROAD, LLC, A California Limited Liability Company and RACE PLACE MOTORSPORTS, INC., Individually and dba RACE PLACE MOTORSPORTS are granted an extension of time up to, and including, March 29, 2007, to answer or otherwise respond to Plaintiff's complaint.

2.	In the event Defendants 3130 BRADSHAW ROAD, LLC, A California Limited Liability Company and RACE PLACE MOTORSPORTS, INC., Individually and dba RACE PLACE MOTORSPORTS, file a motion in lieu of an answer to plaintiff's complaint, the hearing on such motion shall be set on date no sooner than 45 days from the filing of said motion.

3.	Defendants further stipulate that they will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which Defendants' responsive pleadings are due hereunder.

4.	This stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

**IT IS SO STIPULATED.**

Dated: March 15, 2007					By   /s/ Scott N. Johnson
								Scott N. Johnson
								Pro Per

Dated: March 15, 2007					PORTER, SCOTT, WEIBERG & DELEHANT

							By   /s/ Jennifer E. Duggan
								Jennifer E. Duggan
								Attorney for Defendant

**IT IS SO ORDERED**.

Dated:  March 21, 2007

								_____
								MORRISON C. ENGLAND, JR.
								UNITED STATES DISTRICT JUDGE